MEMO ENDORSED Toporowski LAW, PLLC

October 19, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/21/26

**VIA CM/ECF**
Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**RE:** ***Satterfield v. VStock Transfer, LLC, et al.*, Case No. 1:26-cv-03514 (CM) Defendants' Request to Adjourn the October 22, 2026 Initial Pretrial Conference**

Dear Judge McMahon:

I represent the Removing Defendants in this action, including Val Sklarov, and write to respectfully request that the Court adjourn the initial pretrial conference scheduled for Thursday, October 22, 2026 at 10:15 a.m. (ECF No. 8) until after the Court decides Plaintiff's pending motion to remand (ECF No. 5), and that any pre-conference submissions and the proposed case management plan be adjourned along with it. I have discussed this request with Plaintiff's counsel, Anne W. Salisbury, Esq., who advises that Plaintiff is prepared to proceed with the conference but does not object to an adjournment. This is Defendants' first request to adjourn the conference.

Plaintiff's motion asks the Court to remand this action to the Supreme Court of the State of New York, New York County, and therefore presents the threshold question of whether this case will proceed in this Court. If the motion is granted, there will be nothing to schedule here. If it is denied, the parties can promptly submit a proposed case management plan and the Court can hold the conference then.

There is also a practical obstacle. Mr. Sklarov was arrested on May 4, 2026 and charged by indictment in this District. *See United States v. Sklarov*, No. 26 Cr. 165 (S.D.N.Y.); ECF Nos. 6-10, 6-11. He has remained in federal custody since his arrest. I have not been able to communicate with him about this action since then. I have been trying to arrange a video conference with him through the facility's scheduling process, so far without success. Without the opportunity to consult with my client, I cannot responsibly take positions on his behalf on discovery, scheduling, or other case-management issues.

I recognize that this request comes shortly before the conference, and I apologize for the short notice. I had hoped to reach Mr. Sklarov before raising it.

Defendants therefore respectfully request that the October 22 conference be adjourned until after the Court rules on the motion to remand, with the parties to submit a proposed case management plan within fourteen days of any order denying remand. In the alternative, Defendants request an adjournment of at least thirty days. I thank the Court for its consideration.

Respectfully submitted,

**TOPOROWSKI LAW, PLLC**

Matthew A. Toporowski, Esq.

Cc: Anne W. Salisbury, Esq., Guzov, LLC (via CM/ECF)

I have read the papers filed in support of the pending motion to remand. The motion certainly appears to have merit. Defendants must respond to the motion no later than October 28, 2026. No extensions allowed. This motion will be decided with alacrity. And with the possibility of sanctions if the Plaintiff's arguments are correct.

10/21/26